# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00118-CV

## B. D. and S. D., Appellants

### v.

## Texas Department of Family and Protective Services, Appellee

### FROM THE 453RD DISTRICT COURT OF HAYS COUNTY,
### NO. 19-0743, THE HONORABLE DAVID JUNKIN, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant B. D. has filed an "Unopposed Motion to Abate, Enter Orders to the Court Reporter, and Recalculate Due Date for Appellant B.D.'s Brief and/or Other Relief." Appellant requests that the Court: (1) abate the case until his counsel obtains a complete record, including certain sealed exhibits from the court reporter; (2) order the court reporter to provide those sealed exhibits to counsel; (3) recalculate the due date of his brief from the date he receives the records; and (4) enter whatever other orders the Court deems just and appropriate. We grant the motion in part.

The Court orders the Clerk of this Court to provide appellant's counsel with a copy of the Court's sealed documents acknowledgement form and to produce a complete reporter's record, including copies of the sealed exhibits, to appellant's counsel upon receipt of the completed acknowledgment form. We further order appellant's counsel to return the copy of

the reporter's record to the Court when briefing in the appeal is complete. We dismiss as moot appellant's motion to abate and to order the court reporter to provide the sealed exhibits.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order Terry "Ty" Wesley Barker and Amanda Wilhelm to file appellants' briefs no later than May 11, 2020. If the brief is not filed by that date, counsel may be required to show cause why they should not be held in contempt of court.

It is so ordered on April 13, 2020.

Before Chief Justice Rose, Justices Baker and Triana